IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF THE SEARCH OF: )
) Magistrate No. 15-880m
PRIORITY MAIL EXPRESS PARCEL )
BEARING USPS TRACKING NUMBER ) (UNDER SEAL)
EK 846097373 US, ADDRESSED TO )
FAITH DESTERDICK, 3144 BROADWAY )
ST., PO BOX 304, EUREKA, CA )
95501, WITH A RETURN ADDRESS OF )
STEPH DESTERDICK, 424 S. )
PACIFIC AVE., PGH, PA 15224 )

O R D E R

AND NOW, to wit, this 22nd day of October, 2015, upon consideration of the Motion to Seal Search Warrant, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that any and all papers filed in the above-captioned matter, together with this Motion and Order to Seal issued at Magistrate's No. 15-880m are hereby SEALED until further Order of Court.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  U.S. Attorney