AO 93 (Rev 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 15-880m
)
Priority Mail Express parcel bearing USPS ) [UNDER SEAL]
tracking number EK 846097373 US )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Western___ District of ___Pennsylvania___
*(identify the person or describe the property to be searched and give its location)*:
Priority Mail Express parcel bearing USPS tracking number EK 846097373 US, addressed to Faith Desterdick, 3144 Broadway St., PO Box 304, Eureka, CA 95501, with a return address of Steph Desterdick, 424 S. Pacific Ave., Pgh, Pa 15224

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
controlled substances and other evidence of violations of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846, and Title 18, United States Code, Section 1716.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___November 5, 2015___
                                                                *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge ___Duty Magistrate___.
                                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___11:30 — October 22, 2015___                ___[signature]___
                                                                            *Judge's signature*

City and state: ___Pittsburgh, PA___                        ___Keith A. Pesto, U.S. Magistrate Judge___
                                                                            *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 15-880 M | Date and time warrant executed: 10/23/2015  6:45 A.M. | Copy of warrant and inventory left with: N/A |

Inventory made in the presence of:
J. KOBLE / B. HAMMERLE    U.S. POSTAL INSPECTORS

Inventory of the property taken and name of any person(s) seized:

$6,000.00 IN U.S. CURRENCY. ($20.00 × 300)

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/23/2015

_Executing officer's signature_

JUSTIN KOBLE / U.S. POSTAL INSPECTOR
_Printed name and title_